AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| David Sweet, on behalf of himself and all others similarly situated<br>*Plaintiff*<br>v.<br>Connexions Loyalty, Inc.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:19-cv-1997<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  The Court denies as moot [15] Plaintiff's Motion to Certify Class and grants [17] Defendant's Motion to Compel Individual Arbitration and to Dismiss.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  10/16/2019

CLERK OF COURT

Signature of Clerk or Deputy Clerk